## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES AND JEANNE LYNCH, as Parents ) <br> and Next of Kin of SPENCER LYNCH, ) <br> Deceased, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> INVACARE CORPORATION, ) <br> an Ohio Corporation, ) <br> ) <br>       Defendant. ) | Case No. CIV-99-749S |

## ENTRY OF APPEARANCE

COMES NOW Jeffrey A. Curran and hereby enters his appearance as counsel for Defendant in this matter.

                                      /s/ Jeffrey A. Curran
                                      Jeffrey A. Curran, OBA #12255
                                      McGivern, Gilliard & Curthoys
                                      4101 Perimeter Center Drive, Suite 350
                                      Oklahoma City, Oklahoma 73112
                                      Telephone: (405) 942-7800
                                      Facsimile: (405) 942-8705
                                      jcurran@mcgivernokc.com

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 8th day of October, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal to all parties and counsel of record.

                                      /s/ Jeffrey A. Curran