IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES AND JEANNE LYNCH, as Parents and Next of Kin of SPENCER LYNCH, Deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>INVACARE CORPORATION, an Ohio Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-99-749S<br>)<br>)<br>)<br>)<br>)<br>) |

**APPLICATION FOR ORDER RE-SEALING CERTAIN DOCUMENTS
AND BRIEF IN SUPPORT**

COMES NOW the Defendant, by and through the undersigned counsel, and applies to the Court for an Order that certain documents in this file this matter to be re-sealed.

In support, Defendant would show the Court that pursuant to this Court's Minute Order dated October 13, 2009, the file in this matter was located and copied by the Court Clerk, and the entire file is being produced in the North Carolina litigation as ordered by that Court. Thus the purpose of this Court's Minute Order has been achieved, and the file can now be returned to storage.

Accordingly, Defendant seeks the Order of this Court that the documents previously sealed (identified by the Court's Order of July 5, 2000 as docket item numbers 23, 24, 26, 27, 36, 45, 52, 60, 73, 74, 84, 85, 91, 92, 95, 99, 102, 105, 110, 111, 112 and 113) be re-sealed as per the original Order.

Defendant would also show the Court that the undersigned has contacted Walt

Haskins, attorney of record for Plaintiff, who has no objection to this Motion.

WHEREFORE, Defendant respectfully moves the Court for an Order that documents in the file identified by the docket sheet as document numbers 23, 24, 26, 27, 36, 45, 52, 60, 73, 74, 84, 85, 91, 92, 95, 99, 102, 105, 110, 111, 112 and 113 be re-sealed, as originally contemplated by the Court's Order of July 5, 2000.

Respectfully submitted,

>/s/ Jeffrey A. Curran
> Jeffrey A. Curran    #12255
> McGivern, Gilliard & Curthoys
> 4101 Perimeter Center Drive, Suite 350
> Oklahoma City, Oklahoma 73112
> (405) 942-7800
> (405) 942-8705 fax
> *jcurran@mcgivernokc.com*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 8th day of December, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal to all registered parties and counsel of record.

>/s/ Jeffrey A. Curran

2